RUSSELL NAYMARK (SBN 196956)
American Federation of Musicians
 of the United States and Canada
3220 Winona Avenue
Burbank, California 91504
Telephone: (818) 565-3400
Facsimile: (818) 565-3455
Email: rnaymark@afm.org

JENNIFER P. GARNER *(appearing pro hac vice)*
American Federation of Musicians
 of the United States and Canada
1501 Broadway, 9th Floor
New York, New York 10036
Telephone: 917-229-0290
Facsimile: 212-768-7452
Email: jgarner@afm.org

*Attorneys for Plaintiffs*
*American Federation of Musicians*
*of the United States and Canada, and*
*Musicians Union Local 6*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, AND MUSICIANS UNION LOCAL 6,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL SASAKI, ET AL.,<br><br>Defendants. | CASE NO. 3:19-cv-00308-JD (LB)<br><br>**PLAINTIFFS' MOTION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT MICHAEL SASAKI**<br><br>The Hon. James Donato |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs American Federation of Musicians of the United States and Canada and Musicians Union Local 6 hereby request an order of dismissal of all claims, with prejudice, as to Defendant Michael Sasaki, each party to bear its own costs and attorney's fees.

The Court entered its Order of Dismissal of Action With Prejudice as to Defendants Eliot Kenin, Henry Lee Oden, Joseph Sosensky, James Milstead, and Michael Gwinn Harryman on July 1, 2019 (ECF 49).

Plaintiffs and Defendant Michael Sasaki previously have stipulated to the retention of jurisdiction of Magistrate Laurel Beeler to enforce the terms of their settlement (ECF 70).

Date: July 17, 2020

Respectfully submitted,

AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, and MUSICIANS UNION LOCAL 6

By: */s/ Jennifer P. Garner*
Jennifer P. Garner (*appearing pro hac vice*)
Attorney for Plaintiffs

IT IS SO ORDERED.

Dated: July 23, 2020

_____
The Hon. James Donato
United States District Judge